## (February 10, 1978)

■  THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY CHAMBERLAIN, Petitioner, v LADY R. RUCINSKI, as Superintendent of Albany County Jail, et al., Respondents.—Application pursuant to CPLR 7002 (subd [b], par 2) for a writ of habeas corpus denied. Kane, J. P., Staley, Main, Larkin and Herlihy, JJ., concur.